**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JEFRI RAFAEL MENDEZ ESQUER,

Petitioner,

v.

DESERT VIEW ANNEX ADELANTO CA,

Respondent.

Case No. 5:26-cv-02865-JWH-AYP

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

On September 21, 2026, United States Magistrate Judge Anna Y. Park issued a Report and Recommendation **GRANTING** in Part and **DENYING** in Part the petition of Petitioner Jefri Rafael Mendez Esquer for a writ of habeas corpus.[1] Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the R&R of the Magistrate Judge. The Parties did not file any objections. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The R&R is **ACCEPTED** and **ADOPTED**.

2. Respondent is **DIRECTED** to release Mendez Esquer (A# 077-961-926) or to provide him with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) no later than October 9, 2026.

3. The Petition is **DENIED** insofar as it seeks Mendez Esquer's immediate release.

4. Respondent is **DIRECTED** to file a Status Report no later than October 13, 2026, that advises the Court regarding the manner in which Respondent has complied with this Order.

5. The Clerk is **DIRECTED** forthwith to serve a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Mendez Esquer and on counsel for Respondent.

**IT IS SO ORDERED.**

Dated: September 30, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Report and Recommendation (the "R&R") [ECF No. 12].