JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFRI RAFAEL MENDEZ ESQUER,<br>Petitioner,<br>v.<br>DESERT VIEW ANNEX ADELANTO CA,<br>Respondent. | Case No. 5:26-cv-02865-JWH-AYP<br><br>**JUDGMENT** |

Pursuant to the "Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge" entered on or about September 30, 2026 (the "Order"), and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is **GRANTED** in part and **DENIED** in part, as set forth in the Order.

2. This case is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: November 2, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE